IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BELMORA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-00847-GBL-JFA |
| BAYER CONSUMER CARE AG, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiff Belmora LLC's Consented to Motion to Consolidate (Doc. 8). The parties seek to consolidate this action with Case No. 1:14-cv-00884-GBL-JFA, *Bayer Consumer Care AG, et al. v. Belmora, LLC, et al.*

Having reviewed the pleadings and for good cause shown, **IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that all future filings be made in this action.

**IT IS SO ORDERED.**

ENTERED this ___ day of July, 2014.

Alexandria, Virginia
7 / 18 / 2014

/s/
_____
Gerald Bruce Lee
United States District Judge