UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>*Plaintiff,*<br>v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>*Defendants.*<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>*Plaintiffs,*<br>v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>*Defendants.* | Case 1:14-cv-00847 - GBL-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, September 5, 2014, at 10:00 a.m., or soon thereafter as the undersigned may be heard, the Plaintiff will present to the Court BELMORA'S MOTION TO DISMISS BAYER CC AG AND BAYER HEALTHCARE'S COMPLAINT.

Respectfully submitted,

Dated: August 7, 2014

/s/
John N. Jennison (VSB No. 36,824)

JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604

1

Phone: (703) 415-1640
Fax: (703) 415-0788
Email: John@JennisonLaw.com

Martin B. Schwimmer (*Pro hac vice*)
Lauren B. Sabol (*Pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: schwimmer@leasonellis.com
Email: sabol@leasonellis.com

John L. Welch (*Pro hac vice* pending)
LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
Email: jwelch@lalaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2014, I will electronically file the foregoing **NOTICE OF HEARING** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing to the following counsel for Bayer Consumer Care AG and Bayer Healthcare LLC:

Phillip Barengolts
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
pbarengolts@pattishall.com
200 S. Wacker Drive, Suite 2900
Chicago, IL 60606

Robert J. Shaughnessy
WILLIAMS & CONNOLLY LLP
bshaughnessy@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005

By: /s/
John N. Jennison (VSB No. 36,824)
JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604
Tel: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com