IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv0847 (GBL/JFA) |
| ) | |
| BAYER CONSUMER CARE AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the court is the parties' joint motion to admit the TTAB record. (Docket no. 25) Upon consideration of the motion, it is hereby

ORDERED that the joint motion to admit the TTAB record is granted. The parties are advised that any provision in the protective order issued during the TTAB action that pertains to the filing of documents under seal may not apply in this Court. Any motion seeking to file a document under seal must comply with the provisions of Local Civil Rule 5 and must be noticed for a hearing in open court. The motion must state sufficient facts supporting the action sought, and each proposed order must include specific findings. Where a party moves to file material under seal because the opposing party has designated that material as confidential, the opposing party must file a response to the motion and a proposed order that meet the requirements of Local Civil Rule 5. Only the particular material found to meet the required standard may be sealed, with the remainder filed in the public record. An unsealed, redacted version of the filing in issue shall be filed with the motion to seal. Filings under seal are disfavored and discouraged. *See Va. Dep't of State Police v. Washington Post*, 386 F.3d 567, 575-76 (4th Cir. 2004).

Entered this 11th day of August, 2014.

                                                      /s/
                                       John F. Anderson
                                       United States Magistrate Judge

Alexandria, Virginia