UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>    *Plaintiff,*<br>v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>    *Defendants-Consolidated Plaintiffs,*<br>v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>    *Consolidated Defendants.* | Consolidated Civil Action No. 1:14-cv-847<br>ECF Case |

## BELMORA'S MOTION TO DISMISS BAYER CC AG's COUNTERCLAIM

Plaintiff Belmora LLC ("Belmora") moves to dismiss Bayer Consumer Care AG's Counterclaim (Dkt. 35 at pgs. 18-22). The reasons for this Motion are set forth more fully in Belmora's supporting memorandum of law filed contemporaneously herewith.

Respectfully submitted,

Dated: August 29, 2014

                  /s/
John N. Jennison (VSB No. 36,824)
JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604
Phone: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com

Martin B. Schwimmer (admitted *pro hac vice*)
Lauren B. Sabol (admitted *pro hac vice*)
LEASON ELLIS LLP

1

One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
schwimmer@leasonellis.com
sabol@leasonellis.com

John L. Welch (admitted *pro hac vice*)
LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
jwelch@lalaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2014, I will file the foregoing **BELMORA'S MOTION TO DISMISS BAYER CC AG'S COUNTERCLAIM** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing, to the following counsel for Bayer Consumer Care AG:

Phillip Barengolts
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
pbarengolts@pattishall.com
200 S. Wacker Drive, Suite 2900
Chicago, IL 60606

Robert J. Shaughnessy
bshaughnessy@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

                                              /s/
John N. Jennison (VSB No. 36,824)
JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604
Phone: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com