UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>*Plaintiff,*<br>v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>*Defendants.*<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>*Plaintiffs,*<br>v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>*Defendants.* | Case 1:14-cv-00847 - GBL-JFA |

## NOTICE OF WAIVER OF HEARING OF BELMORA'S MOTION TO DISMISS BAYER CC AG's COUNTERCLAIM

PLEASE TAKE NOTICE OF WAIVER OF HEARING upon the accompanying Motion to Dismiss Bayer CC's Counterclaim, by plaintiff BELMORA, LLC, by their undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: August 29, 2014        _____/s/_____
                              John N. Jennison (VSB No. 36,824)

1

JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604
Phone: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com

Martin B. Schwimmer (*Pro hac vice*)
Lauren B. Sabol (*Pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
schwimmer@leasonellis.com
sabol@leasonellis.com

John L. Welch (*Pro hac vice* pending)
LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
jwelch@lalaw.com

*Attorneys for Plaintiff*