## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2014, that I electronically filed the foregoing **NOTICE OF WAIVER OF HEARING OF BELMORA'S MOTION TO DISMISS BAYER CC AG's COMPLAINT** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing to the following counsel for Bayer Consumer Care AG and Bayer Healthcare LLC:

Phillip Barengolts
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
pbarengolts@pattishall.com
200 S. Wacker Drive, Suite 2900
Chicago, IL 60606

Robert J. Shaughnessy
WILLIAMS & CONNOLLY LLP
bshaughnessy@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005

By: /s/
John N. Jennison (VSB No. 36,824)
JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604
Tel: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com