## MOTION HEARING

Date September 5, 2014                              Judge:   Gerald Bruce Lee
                                                   Reporter: Julie Egal

Start: 12:03
Finish: 12:30

Civil Action Number: 1:14cv847

# Belmora LLC     v.
# Bayer Consumer Care AG, et al.

Counsel for ( ✓)Pltf                    ( ✓) Deft
Martin Schwimmer                        Bradley Cohn
Lauren Sabol                            Phillip Barengolts
John Jennison                           Robert Shaughnessy

(  ) Matter is Uncontested

Motion to/for:

__Motion by Plaintiff Belmora LLC to dismiss Counter Defendants' complaint__
Heard.

Argued &
(  ) Granted  (  ) Denied  (  ) Granted in part/Denied in part
( ✓) Taken Under Advisement  (  ) Continued to

(  ) Report and Recommendation to Follow
( ✓) Order to Follow