UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>*Plaintiff*,<br>v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>*Defendants*. | Case 1:14-cv-00847 - GBL-JFA |
| BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>*Plaintiffs*,<br>v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>*Defendants*. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, October 3, 2014, at 10:00 a.m., or soon thereafter as the undersigned may be heard, the Plaintiff will present to the Court BELMORA'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C).

Plaintiff is serving its Motion for Judgment on the Pleadings by hand delivery to Defendants' Counsel. Plaintiff will file its reply to Bayer Consumer Care AG's opposition, if one is necessary, prior to the requested October 3, hearing date.

Respectfully submitted,

Dated: September 18, 2014

        /s/
John N. Jennison (VSB No. 36,824)

JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604
Phone: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com

Martin B. Schwimmer (*Pro hac vice*)
Lauren B. Sabol (*Pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
schwimmer@leasonellis.com
sabol@leasonellis.com

John L. Welch (*Pro hac vice*)
LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
jwelch@lalaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2014, that I electronically filed the foregoing **NOTICE OF HEARING OF BELMORA'S MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing, and I caused to serve a true and correct copy of the foregoing **NOTICE OF HEARING OF BELMORA'S MOTION FOR JUDGMENT ON THE PLEADINGS** by hand delivery, upon the following counsel for Bayer Consumer Care AG and Bayer Healthcare LLC:

Robert J. Shaughnessy
WILLIAMS & CONNOLLY LLP
bshaughnessy@wc.com
725 Twelfth Street, N.W.
Washington, D.C. 20005

By: /s/
John N. Jennison (VSB No. 36,824)
JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604
Tel: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com