UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>　　　*Defendants-Consolidated Plaintiffs*,<br><br>　v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>　　　*Consolidated Defendants*. | Consolidated Civil Action No. 1:14-cv-847<br>ECF Case |

**BELMORA'S MOTION FOR ADJOURNMENT AND CONSOLIDATION**

Plaintiff Belmora LLC ("Belmora") moves for adjournment of the September 26, 2014 hearing date regarding Belmora's Motion to Dismiss Bayer CC AG's Counterclaim (Dkts. 46, 52, 54) by one week, to October 3, 3014.  Belmora also moves to consolidate this hearing with the hearing Belmora has noticed for October 3, 2014 for its Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c).  The reasons for this Motion are set forth more fully in Belmora's supporting memorandum filed contemporaneously herewith.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 18, 2014　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　John N. Jennison (VSB No. 36,824)
　　　　　　　　　　　　　　　　　　Jennison & Shultz, P.C.
　　　　　　　　　　　　　　　　　　2001 Jefferson Davis Highway, Suite 1102
　　　　　　　　　　　　　　　　　　Arlington, Virginia 22202-3604
　　　　　　　　　　　　　　　　　　Phone: (703) 415-1640

Fax: (703) 415-0788
John@JennisonLaw.com

Martin B. Schwimmer (admitted *pro hac vice*)
Lauren B. Sabol (admitted p*ro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
schwimmer@leasonellis.com
sabol@leasonellis.com

John L. Welch (admitted p*ro hac vice*)
LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
jwelch@lalaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2014, I will file the foregoing **BELMORA'S MOTION FOR ADJOURNMENT AND CONSOLIDATION** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing to the following counsel for Bayer Consumer Care AG and Bayer Healthcare LLC:

    Phillip Barengolts
    PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
    pbarengolts@pattishall.com
    200 S. Wacker Drive, Suite 2900
    Chicago, IL 60606

    Robert J. Shaughnessy
    bshaughnessy@wc.com
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005

                                          /s/
                               John N. Jennison (VSB No. 36,824)
                               JENNISON & SHULTZ, P.C.
                               2001 Jefferson Davis Highway, Suite 1102
                               Arlington, Virginia 22202-3604
                               Phone: (703) 415-1640
                               Fax: (703) 415-0788
                               John@JennisonLaw.com