UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>        *Plaintiff*,<br>v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>        *Defendants-Consolidated Plaintiffs*,<br><br>v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>        *Consolidated Defendants*. | Consolidated Civil Action No. 1:14-cv-847<br>ECF Case |

**BELMORA'S MEMORANDUM IN SUPPORT OF ITS
MOTION FOR ADJOURNMENT AND CONSOLIDATION**

Plaintiff Belmora LLC ("Belmora") respectfully requests that the Court adjourn the September 26, 2014 hearing regarding Belmora's Motion to Dismiss Bayer CC AG's Counterclaim (Dkts. 46, 52, 54) by one week, to October 3, 3014.  Belmora requests this adjournment because the hearing, as scheduled, is during Rosh Hashanah, a holiday observed by Belmora's counsel.

Belmora also respectfully requests, in the interest of judicial economy and because of the overlap of substantive issues (in that the two motions address two different grounds for the same cancellation action), that the hearing regarding Belmora's Motion to Dismiss Bayer CC AG's Counterclaim be consolidated with the requested October 3, 2014 hearing regarding Belmora's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) (Dkt. 55-57).

1

                Respectfully submitted,

Dated: September 18, 2014       /s/
                John N. Jennison (VSB No. 36,824)
                John@JennisonLaw.com
                JENNISON & SHULTZ, P.C.
                2001 Jefferson Davis Highway, Suite 1102
                Arlington, Virginia 22202-3604
                Phone: (703) 415-1640
                Fax: (703) 415-0788

                Martin B. Schwimmer (*Pro hac vice*)
                schwimmer@leasonellis.com
                Lauren B. Sabol (*Pro hac vice*)
                sabol@leasonellis.com
                LEASON ELLIS LLP
                One Barker Avenue, Fifth Floor
                White Plains, NY 10601
                Tel: (914) 288-0022
                Fax: (914) 288-0023

                John L. Welch (*Pro hac vice*)
                jwelch@lalaw.com
                LANDO & ANASTASI, LLP
                One Main Street, 11th Floor
                Cambridge, MA 02142
                Tel: (617) 395-7000
                Fax: (617) 395-7070

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2014, I will file the foregoing **BELMORA'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ADJOURNMENT AND CONSOLIDATION** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing to the following counsel for Bayer Consumer Care AG and Bayer Healthcare LLC:

Phillip Barengolts
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
pbarengolts@pattishall.com
200 S. Wacker Drive, Suite 2900
Chicago, IL 60606

Robert J. Shaughnessy
bshaughnessy@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

                                                                               /s/
                                       John N. Jennison (VSB No. 36,824)
                                       JENNISON & SHULTZ, P.C.
                                       2001 Jefferson Davis Highway, Suite 1102
                                       Arlington, Virginia 22202-3604
                                       Phone: (703) 415-1640
                                       Fax: (703) 415-0788
                                       John@JennisonLaw.com