### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br><br>      *Plaintiff,*<br><br>  v.<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>      *Defendants.*<br><br>BAYER CONSUMER CARE AG and BAYER HEALTHCARE LLC,<br><br>      *Plaintiffs,*<br><br>  v.<br><br>BELMORA, LLC, JAMIE BELCASTRO, and DOES 1-10, inclusive,<br><br>      *Defendants.* | Case 1:14-cv-00847 - GBL-JFA |

## NOTICE OF WAIVER OF HEARING OF BELMORA'S MOTION FOR ADJOURNMENT AND CONSOLIDATION

PLEASE TAKE NOTICE OF WAIVER OF HEARING upon the accompanying Motion for Adjournment and Consolidation, by plaintiff BELMORA, LLC, by their undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: September 18, 2014

                 /s/
            John N. Jennison (VSB No. 36,824)

1

JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604
Phone: (703) 415-1640
Fax: (703) 415-0788
John@JennisonLaw.com

Martin B. Schwimmer (*Pro hac vice*)
Lauren B. Sabol (*Pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
schwimmer@leasonellis.com
sabol@leasonellis.com

John L. Welch (*Pro hac vice*)
LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070
jwelch@lalaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September 2014, I will file the foregoing **NOTICE OF WAIVER OF HEARING OF BELMORA'S MOTION FOR ADJOURNMENT AND CONSOLIDATION** with the Clerk of Court, using the CM/ECF system, which will then send notification of such filing to the following counsel for Bayer Consumer Care AG and Bayer Healthcare LLC:

Phillip Barengolts
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
pbarengolts@pattishall.com
200 S. Wacker Drive, Suite 2900
Chicago, IL 60606

Robert J. Shaughnessy
bshaughnessy@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/
John N. Jennison (VSB No. 36,824)
JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, Virginia 22202-3604
Phone: (703) 415-1640
Fax: (703) 415-0788
john@JennisonLaw.com

3

{08138/609038-000/01212853.1}