IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| BELMORA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv0847 (GBL/JFA) |
| ) | |
| BAYER CONSUMER CARE AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On Friday, October 24, 2014 at 10:00 a.m., counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel (Docket no. 67). Upon consideration of the motion, the memorandum in support (Docket no. 68), defendants' opposition (Docket no. 70), plaintiff's reply (Docket no. 71), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel is denied.

Entered this 24th day of October, 2014.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia