# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BELMORA LLC,<br>  *Plaintiff*,<br><br>v.<br><br>BAYER CONSUMER CARE AG<br>  and BAYER HEALTHCARE LLC,<br>  *Defendants-Consolidated Plaintiffs*,<br><br>v.<br><br>BELMORA, LLC, JAMIE BELCASTRO,<br>  and DOES 1-10, inclusive,<br>  *Consolidated Defendants*. | Consolidated No. 1:14-cv-847<br>CMH / JFA |

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Bayer Consumer Care AG and Bayer HealthCare LLC (collectively, "Bayer") and Belmora, LLC and Jamie Belcastro (collectively, "Belmora") hereby jointly stipulate to the dismissal with prejudice of the claims and counterclaims asserted, or which should have been asserted, with each party to bear its own attorneys' fees and costs.

    **SO ORDERED** this ___ day of _____ 2022:

                  _____
                  Claude M. Hilton
                  Senior United States District Judge

-2-

**WE STIPULATE TO THIS**:

| | |
|---|---|
| /s/ *Robert J. Shaughnessy* | /s/ *Craig C. Reilly* |

Robert J. Shaughnessy (VSB # 29314)
Sean M. Douglass (VSB # 83835)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5000
bshaughnessy@wc.com
sdouglass@wc.com

Phillip Barengolts (*pro hac vice*)
Bradley L. Cohn (*pro hac vice*)
Ashly I. Boesche (*pro hac vice*)
Jessica A. Ekhoff (*pro hac vice*)
PATTISHALL, MCAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP
200 S. Wacker Drive, Suite 2900
Chicago, IL 60606
Tel: (312) 554-8000
pb@pattishall.com
blc@pattishall.com
aib@pattishall.com
jae@pattishall.com

*Attorneys to Bayer Consumer Care AG and Bayer HealthCare LLP*

Craig C. Reilly, Esq. (VSB # 20942)
209 Madison Street, Suite 501
Alexandria, VA 22314
Tel: (703) 549-5354
craig.reilly@ccreillylaw.com

Lawrence S. Ebner (*pro hac vice*)
Capital Appellate Advocacy PLLC
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Tel: (202) 434-5050
lawrence.ebner@capitalappellate.com

Gary A. Orseck (*pro hac vice)*
Kramer Levin Naftalis & Frankel LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
gorseck@kramerlevin.com

*Counsel for Belmora, LLC and Jamie Belcastro*